[No. 15248-1-III.    Division Three.    January 23, 1997.]

ROD PLESE, ET AL., *Respondents*, v. QUANTUM FIVE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-06567-4, Harold D. Clarke, J., entered September 29, 1995. *Reversed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Sweeney, C.J., and Thompson, J.

[No. 18630-6-II.    Division Two.    January 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY J. WEYAND, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 94-1-00088-2, H. John Hall, J., entered August 25, 1994. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 19404-0-II.    Division Two.    January 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE BRIGIDO ARAGON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-00807-2, Donald H. Thompson, J., entered April 11, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 20320-1-II.    Division Two.    January 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND WILLIAM BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-8-02108-2, Meagan Foley, J. Pro Tem., entered December 14, 1995. *Reversed* by unpublished per curiam opinion.